# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINBIAO ZHOU,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN, Desert View Facility, et al.,<br><br>                    Respondents. | Case No. 5:26-CV-03199-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: June 18, 2026

                                        /s/
                                ROZELLA A. OLIVER
                                UNITED STATES MAGISTRATE JUDGE